UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CR4 AGF |
| TONY PEDRETTI, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri and her undersigned assistant and respectfully moves this Court continue sentencing in the above-referenced matter for no less than sixty days.  Defendant does not object to this continuance.

Respectfully submitted,

CARRIE COSTANTIN

ACTING UNITED STATES ATTORNEY

/s/ Thomas C. Albus
Thomas C. Albus, #46224MO

A true and correct copy of the foregoing was served electronically upon counsel for Defendant this 6th day of September, 2017.

/s/ Thomas C. Albus

1