# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tony Pedretti | Case Number: 4:17CR00004-1 AGF |

Name of Sentencing Judicial Officer: The Honorable Audrey G. Fleissig
United States District Judge

Date of Original Sentence: January 19, 2018

Original Offense: Conspiracy to Commit Offenses Against the United States

Original Sentence: 20 months imprisonment and 3 years supervised release. On March 13, 2018, the original sentence was amended to 13 months imprisonment and 3 years supervised release.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: June 15, 2018 |
| | Expiration Date: June 14, 2021 |

| | |
|---|---|
| Assistant U.S. Attorney: Thomas C. Albus | Defense Attorney: John C. Schleiffarth |

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**

Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Standard Condition #13: You must follow the instructions of the probation officer related to the conditions of supervision.

**Nature of Noncompliance**

On January 19, 2018, Tony Pedretti pleaded guilty to one count of Conspiracy to Commit Offenses Against the United States in the Eastern District of Missouri.  Pedretti was sentenced to 20 months imprisonment and 3 years supervised release.  On March 13, 2018, the original sentence was amended to 13 months imprisonment and 3 years supervised release.  On June 15, 2018, Pedretti's term of supervised release began in the Northern District of Indiana.  Pedretti's case has been supervised by USPO Specialist Nicholas J. Macker.  On November 30, 2018, USPO Specialist Macker sent a letter to the Eastern District of Missouri in regards to Pedretti's numerous failures to comply with reporting requirements and that he has recently absconded from supervision.

Pedretti began supervision residing with his mother and sister.  Pedretti engaged in services provided by the Veteran's Administration.  However, Pedretti's overall stability began to deteriorate when he left his mother's residence this past summer due to reported conflict in the home.  Beginning in June 2018, Pedretti began a period of short-term living arrangements including hotels, sleeping at friends' homes, being evicted from an apartment, and a short-term placement in a psychiatric hospital.

On November 9, 2018, Pedretti failed to report to the probation officer as instructed.  A home visit was scheduled for this date, and Pedretti was not home as instructed.

On November 13, 2018, Pedretti failed to report to the probation officer as instructed.  Pedretti was sent a text message and left a voicemail message on November 9, 2018 by USPO Specialist Macker about this office appointment.  On November 13, 2018, USPO Specialist Macker attempted to contact Pedretti by telephone about this missed appointment but Pedretti failed to answer the call.

On November 20, 2018, USPO Specialist Macker was contacted by Mr. Sanabria of the Veteran's Administration.  Pedretti was on speaker phone during this conversation.  Mr. Sanabria informed USPO Specialist Macker that Pedretti was a patient at the V.A. Medical Center in Chicago but was not willing to provide more information due to confidentiality regulations.  Pedretti stated that he would sign a release form so that USPO Specialist Macker could obtain medical records.  Mr. Sanabria reported that Pedretti would likely be hospitalized for at least one week.

On November 20, 2018, Pedretti admitted during the conference call that he had not been staying at the previous address that USPO Specialist Macker had on file.  No date was given for when Pedretti moved from the residence, but Pedretti acknowledged that he was not residing there on November 9, 2018, the date of the failed home visit.  This information was received via email from the USPO Specialist Macker on December 3, 2018.

On November 22, 2018, Pedretti texted USPO Specialist Macker to report that he had been discharged from the V.A. Medical Center in Chicago, IL.  Pedretti provided a new address.

On November 26, 2018, Pedretti failed to call the probation officer as instructed.  On November 22, 2018, Pedretti was instructed to contact USPO Specialist Macker by telephone.  Pedretti failed to make contact.

On November 27, 2018, Pedretti failed to report to the probation officer as instructed. On November 26, 2018, USPO Specialst Macker contacted Pedretti by telephone and instructed Pedretti to report to the office on November 27, 2018. Pedretti failed to report.

On November 28, 2018, Pedretti failed to report to the probation officer as instructed. On the morning of November 28, 2018, USPO Specialist Macker left a voicemail message and a text message instructing Pedretti to come to the office that day by 4:30 p.m., Pedretti failed to report. On December 4, 2018, the undersigned officer clarified with USPO Specialist Macker via telephone that a home contact was going to be attempted on this date but USPO Specialist Macker was notified by Pedretti's roommate that Pedretti had gone to Crete, IL to visit his sister when he attempted to reach Pedretti by telephone.

**Previous Violations**

None

**U.S. Probation Officer Recommendation:**

It is respectfully requested the Court issue a warrant and Pedretti's supervised release be revoked. Based on the aforementioned facts, Pedretti is not amenable to community supervision at this time as his whereabouts are unknown.

The Supervised Release should be
 [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 04, 2018

Approved,

by *Lisa M. White* (signature)

Lisa M. White
Supervising U.S. Probation Officer
Date: December 04, 2018

Respectfully submitted,

by *BHarmon* (signature)

Brandy J. Harmon
U.S. Probation Officer
Date: December 04, 2018

---

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:
☐   Other

*Audrey G. Fleissig* (signature)
Signature of Judicial Officer

December 4, 2018
Date